# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| EDITH MCCURRY ) | |
| ) | |
| *Plaintiff* ) | Case No. |
| ) | |
| *v.* ) | |
| ) | |
| MARS, KENCO LOGISTICS SERVICES, LLC, ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, THE REED ) | |
| GROUP, and DR. KOEHLER ) | |
| ) | |
| *Defendants* ) | |

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S
### MOTION TO MODIFY PLAINTIFF'S SUBPOENA FOR DOCUMENTS

Non-party HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Hartford"), by its attorney Warren von Schleicher of Smith von Schleicher & Associates, submits its Motion to Modify Plaintiff's Subpoena for Documents pursuant to Fed. R. Civ. P. 45(d)(3), and requests that the Court extend by 28 days, to March 26, 2021, both the date for compliance and the date for making written responses, including claims of privilege and objections pursuant to Fed. R. Civ. P. 45(d)(2)(B).

1. *Pro se* plaintiff Edith McCurry ("Plaintiff"), who resides within the Central District of Illinois, Urbana Division, initiated this lawsuit in the Northern District of Illinois in order to assert various claims under Title VII, 42 U.S.C. §1981, and ERISA.

2. Hartford is no longer a party to this lawsuit. On October 15, 2020, the district court dismissed the ERISA claim against Hartford on the basis that venue was improper in the Northern District of Illinois. The district court also dismissed the Title VII and §1981 claims

against Hartford with prejudice.[1]  The only remaining parties to this lawsuit are Plaintiff and defendant Kenco Logistics Services, LLC ("Kenco").

3. Hartford recently learned, by reviewing on the electronic docket the parties' Joint Status Report filed on February 16, 2021, that Plaintiff had issued a Subpoena requesting production of documents by Hartford, with a production due date of this Saturday, February 27, 2021.

4. Hartford has not been served with the Subpoena to the best of its knowledge, information, and belief.  According to the certificate of service, Plaintiff (through a family member) sent the Subpoena by regular mail (rather than certified mail) to the Illinois Department of Insurance in Springfield, and misidentified Hartford's corporate name as "The Hartford Life and Accident Company" rather than "Hartford Life and Accident Insurance Company."

5. The Subpoena requests production of documents on Saturday, February 27, 2021, to Plaintiff in the Central District of Illinois and includes 27 enumerated document requests.  The Subpoena is attached to this Motion as Exhibit A.

6. Hartford is willing to voluntarily accept service of the Subpoena with a place of compliance in the Central District of Illinois subject to modification under Fed. R. Civ. P. 45(d)(3) to extend by 28 days, to March 26, 2021, both the date for compliance and the date for making written responses, including claims of privilege and objections pursuant to Fed. R. Civ. P. 45(d)(2)(B).

7. The 28-day time frame is necessary due to the number of document requests, the potential breadth of the requests, the need to obtain and review the ERISA administrative record

---

[1] *See McCurry v. MARS, Inc., et al.*, No. 1:19-cv-04067, 2020 WL 6075872, at *6-8 (N.D. Ill. Oct. 15, 2020) (dismissing Plaintiff's ERISA claim against Hartford for improper venue, and dismissing Plaintiff's Title VII and §1981 claims against Hartford with prejudice).

which is extensive, and the fact that Hartford has not been formally served with the Subpoena. Additionally, Hartford's requested modification promotes the interests of the parties and the judicial process by avoiding the cost and delay of Plaintiff having to issue a new Subpoena with new compliance dates and accomplish proper service of a new Subpoena.

8. Hartford, therefore, respectfully requests that the Court modify the Subpoena to extend by 28 days, to March 26, 2021, both the date for compliance and the date for making written responses, including claims of privilege and objections pursuant to Fed. R. Civ. P. 45(d)(2)(B).

WHEREFORE, Hartford Life and Accident Insurance Company, respectfully requests that the Court grant its Motion to Modify Plaintiff's Subpoena for Documents.

Respectfully submitted,

Warren von Schleicher (IL-6197189)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com

By: */s/ Warren von Schleicher*
Attorney for Defendant,
Hartford Life and Accident Insurance Company

**CERTIFICATE OF SERVICE**

I certify that on February 26, 2021, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing to the following:

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis, P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
jody.moran@jacksonlewis.com
julia.argentieri@jacksonlewis.com


I further certify that a paper copy was sent *via* U.S. Certified Mail to the following:

Edith McCurry, *Pro Se*
6239 South 13110 East Road
Pembroke Township, Illinois 60958


    */s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com
Ill. Bar No. 6197189

4