## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| EDITH MCCURRY ) | |
| ) | |
| *Plaintiff* ) | Case No. 2:21-mc-02002-CSB-EIL |
| ) | |
| v. ) | Judge Colin S. Bruce |
| ) | |
| MARS, KENCO LOGISTICS SERVICES, LLC, ) | Magistrate Judge Eric I. Long |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, THE REED ) | |
| GROUP, and DR. KOEHLER ) | |
| ) | |
| *Defendants* ) | |

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION TO WITHDRAW ITS MOTION TO MODIFY PLAINTIFF'S SUBPOENA FOR DOCUMENTS

Non-party HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Hartford"), by its attorney Warren von Schleicher of Smith von Schleicher & Associates, submits its Motion to Withdraw its Motion to Modify Plaintiff's Subpoena for Documents:

1. *Pro se* plaintiff Edith McCurry ("Plaintiff") had issued a Subpoena requesting production of documents by Hartford.

2. Hartford filed its Motion to Modify Plaintiff's Subpoena for Documents pursuant to Fed. R. Civ. P. 45(d)(3) on February 26, 2021.

3. On March 12, 2021, Plaintiff informed Hartford's counsel that she withdraws her Subpoena. As a result, Hartford's Motion to Modify Plaintiff's Subpoena has been rendered moot. Hartford, therefore, withdraws its Motion to Modify Plaintiff's Subpoena.

WHEREFORE, Hartford Life and Accident Insurance Company, respectfully requests that the Court grant its Motion to Withdraw its Motion to Modify Plaintiff's Subpoena for Documents.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Warren von Schleicher (IL-6197189)<br>SMITH \| VON SCHLEICHER + ASSOCIATES<br>180 North LaSalle Street, Suite 3130<br>Chicago, Illinois 60601<br>P  312.541.0300 \| F  312.541.0933<br>warren.vonschleicher@svs-law.com | By: */s/ Warren von Schleicher*<br>Attorney for Defendant,<br>Hartford Life and Accident Insurance Company |

## CERTIFICATE OF SERVICE

I certify that on March 15, 2021, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing to the following:

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis, P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
jody.moran@jacksonlewis.com
julia.argentieri@jacksonlewis.com

I further certify that a paper copy was sent *via* U.S. Certified Mail to the following:

Edith McCurry, *Pro Se*
6239 South 13110 East Road
Pembroke Township, Illinois 60958

*/s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com
Ill. Bar No. 6197189